UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TOMMIE J. EDWARDS, an individual,

    Plaintiff,

vs.                                             CASE NO.:  5:09-CV-457-Oc-10-GRJ

ED DEAN, in his official capacity as Sheriff of Marion County, FL; DAVID TENCZA, individually and in his capacity as a corrections officer of the Marion County Sheriff's Office; and TIMOTHY LEMMEYER, individually and in his capacity as a corrections officer of the Marion County Sheriff's Office; and BEATRIZ AYALA, individually and in her capacity as a corrections officer of the Marion County Sheriff's Office,

    Defendants.
_____/

## RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT [DOC. 9] BY DEFENDANT AYALA

COMES NOW Defendant BEATRIZ AYALA, in her individual capacity, by and through undersigned counsel, and files this Response to Plaintiff's Motion for Leave to Amend

1.    Plaintiff has filed a Second Motion to Amend [Doc. 13], which moots the first motion, and thus Defendant Ayala will respond timely to the second motion.

2.  However, Defendant Ayala notes that neither motion complies with Local Rule 3.01(g), which requires that prior to filing a motion for leave to amend, Plaintiff must

> "...confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion."

_____
D. ANDREW DeBEVOISE, ESQUIRE
Florida Bar No.:   0281972
Email: *debevoise@debevoisepoulton.com*
ERIN M. TUECHE, ESQUIRE
Florida Bar No.:   0045104
Email: *tueche@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida  32792
Telephone:   407-673-5000
Facsimile:   407-673-5059
Attorneys for Defendant Beatriz Ayala

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of November, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Diego M. Madrigal, III,**

**Esquire**, Wooten, Kimbrough, Gibson, Doherty & Normand, P.A., Post Office Box 568188, Orlando, Florida 32856-8188; **John M. Green, Jr., Esquire** and **Linda L. Winchenbach, Esquire**, John M. Green, Jr., P.A., 125 N.E. First Avenue, Suite 2, Ocala, Florida 34470.; **Bruce R. Bogan, Esq.** and **Deborah I. Mitchell, Esq.**, Hilyard, Bogan & Palmer, P.A., P.O. Box 4973, Orlando, FL 32802-4973; and **Jeanelle G. Bronson, Esq.**, Grower, Ketcham, et al., P.O. Box 538065, Orlando, FL 32853-8065.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **n/a**

/s/ D. Andrew DeBevoise
D. ANDREW DeBEVOISE, ESQUIRE
Florida Bar No.:    0281972
Email: *debevoise@debevoisepoulton.com*
ERIN M. TUECHE, ESQUIRE
Florida Bar No.:    0045104
Email: *tueche@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida  32792
Telephone:   407-673-5000
Facsimile:   407-673-5059
Attorneys for Defendant Beatriz Ayala